

# THE THIRTEENTH COURT OF APPEALS

13-17-00143-CV

Christopher G. Perez and Blue Mariachi Productions, LLC
v.
Abraham Quintanilla, Jr., an Individual

On Appeal from the
148th District Court of Nueces County, Texas
Trial Cause No. 2016DCV-6147-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants Christopher G Perez and Blue Mariachi Productions, LLC.

We further order this decision certified below for observance.

November 29, 2018